ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
TAMAR KOUYOUMJIAN (CA SBN 254148)
Assistant United States Attorney
    Room 7211, Federal Building
    300 North Los Angeles Street
    Los Angeles, California  90012
    Telephone:  (213) 894-7388
    Facsimile:  (213) 894-0115
    Email: tamar.kouyoumjian@usdoj.gov

Attorneys for United States of America



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   CASE NO. CV11-01121 JFW (FFMx)
                                    )
              Petitioner,           )   [PROPOSED] ORDER TO SHOW CAUSE
                                    )
    vs.                             )
                                    )
THEODORO H. CASTRO,                 )
                                    )
              Respondent.           )
_____)

    Upon the Petition and supporting Memorandum of Points and
Authorities, and the supporting Declaration to the Petition, the
Court finds that Petitioner has established its *prima facie* case
for judicial enforcement of the subject Internal Revenue Service
("IRS" and "Service") summonses. See <u>United States v. Powell</u>,
379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); *see also*
<u>Crystal v. United States</u>, 172 F.3d 1141, 1143-1144 (9th Cir.
1999); <u>United States v. Jose</u>, 131 F.3d 1325, 1327 (9th Cir.
1997); <u>Fortney v. United States</u>, 59 F.3d 117, 119-120 (9th Cir.
1995) (the Government's *prima facie* case is typically made

1

through the sworn declaration of the IRS agent who issued the summons); *accord*, <u>United States v. Gilleran</u>, 992 F.2d 232, 233 (9th cir. 1993).

**THEREFORE, IT IS ORDERED** that Respondent appear before this District Court of the United States for the Central District of California in Courtroom No. 16,

X    United States Courthouse
     312 North Spring Street,
     Los Angeles, California 90012

___  Roybal Federal Building and United States Courthouse
     255 E. Temple Street,
     Los Angeles, California 90012

___  Ronald Reagan Federal Building and United States Courthouse
     411 West Fourth Street,
     Santa Ana, California 92701

___  Brown Federal Building and United States Courthouse
     3470 Twelfth Street, Riverside, California 92501

on March 28, 2011, at 1:30 p.m. and show cause why the testimony and production of books, papers, records and other data demanded in the subject Internal Revenue Service summonses should not be compelled.

**IT IS FURTHER ORDERED** that copies of this Order, the Petition, Memorandum of Points and Authorities, and accompanying Declaration be served ~~promptly~~ by March 7, 2011 upon Respondent by any employee of the Internal Revenue Service or by the United States Attorney's Office, by personal delivery, or by leaving copies of each of the foregoing documents at the Respondent's dwelling or usual place of abode with someone of suitable age and discretion who resides

2

1  there, or by certified mail.
2      **IT IS FURTHER ORDERED** that within ten (10) days after
3  service upon Respondent of the herein described documents,
4  Respondent shall file and serve a written response, supported by
5  appropriate sworn statements, as well as any desired motions.
6  If, prior to the return date of this Order, Respondent files a
7  response with the Court stating that Respondent does not desire
8  to oppose the relief sought in the Petition, nor wish to make an
9  appearance, then the appearance of Respondent at any hearing
10 pursuant to this Order to Show Cause is excused, and Respondent
11 shall be deemed to have complied with the requirements of this
12 Order.
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  **IT IS FURTHER ORDERED** that all motions and issues raised by
2  the pleadings will be considered on the return date of this
3  Order. Only those issues raised by motion or brought into
4  controversy by the responsive pleadings and supported by sworn
5  statements filed within ten (10) days after service of the herein
6  described documents will be considered by the Court. All
7  allegations in the Petition not contested by such responsive
8  pleadings or by sworn statements will be deemed admitted.

DATED: 2/15/11

United States District Judge

Presented By:

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

TAMAR KOUYOUMJIAN
Assistant United States Attorney
Attorneys for United States of America
Petitioner

4